# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

PHILIP S. ROSEN
(973 852-2661
prosen@zeklaw.com

WWW.ZEKLAW.COM

November 8, 2022

**BY E-MAIL**

Honorable Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014
Shields_chambers@nyed.uscourts.gov

**Citibank, N.A. v. CMT Properties, LLC, et al.**
**Case No. 2:22-cv-02708 (GRB) (AYS)**
**Joint Status Letter Following Settlement Conference Held on October 25, 2022**

Dear Judge Shields:

    We are counsel to plaintiff Citibank, N.A. in the referenced action. The parties submit this joint status letter pursuant to the Civil Conference Minute Entry dated October 25, 2022. We write to let this Court know that the parties are continuing settlement negotiations and request an additional 2 weeks to further discuss. The parties propose to submit a further joint status letter by or before November 22, 2022.

    We thank the Court for its attention to this matter.

    Respectfully,

    */s/Philip S. Rosen*

    Philip S. Rosen