UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CITIBANK, N.A.,

                                  Plaintiff,

-against-

CMT PROPERTIES, LLC, CREATIVE MOBILE TECHNOLOGIES, LLC, and RONALD SHERMAN,

                                  Defendants.

Case No. 2:2022-cv-02708

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the above-captioned action is voluntarily dismissed without prejudice and without costs or fees to either party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 3, 2023

| | |
|---|---|
| /s/Philip S. Rosen_____ | /s/ Paul H. Aloe_____ |
| Philip S. Rosen, Esq. | Paul H. Aloe |
| Daniel Park, Esq. | David N. Saponara |
| ZEICHNER ELLMAN & KRAUSE LLP | KUDMAN TRACHTEN ALOE POSNER LLP |
| 1211 Avenue of the Americas | 800 Third Avenue, 11th Floor |
| New York, New York 10036 | New York, New York 10022 |
| Tel: (212) 223-0400 | Tel: (212) 868-1010 |
| prosen@zeklaw.com | paloe@kudmanlaw.com |
| dpark@zeklaw.com | dsaponara@kudmanlaw.com |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendant CMT Properties LLC* |

/s/ Ronald J. Rosenberg_____
Ronald J. Rosenberg
ROSENBERG CALICA & BIRNEY LLP
100 Garden City Plaza, Suite 408
Garden City, New York 11530
Tel: (516) 747-7400
ron@rcblaw.com

*Attorneys for Defendants Creative Mobile Technologies, LLC, and Ronald Sherman*